**Matt Monroe**

| | |
|---|---|
| From: | Llinda Mccloskey <lindamc2188@yahoo.com> |
| Sent: | Monday, April 15, 2024 5:08 PM |
| To: | Matt Monroe |
| Subject: | Mccloskey letter 1 |

To whom it may concern,

I'm writing to you about my son, Matthew Mccloskey.

My family and I have been without his presence for a quite a long while. We sincerely miss sharing time with him very much. Sadly, the time he has spent incarcerated has seen the unfortunate outcome of his grandfather and great grandmother passing away. Currently, his mother is recovering from fighting cancer. It certainly would be a great boost to all of our spirits to have him back with his family.

My memories of my son growing up are of wonderful times. He and I played hockey and baseball together, went on trips, participated in community caring acts and more. As a young adult he excelled at work installing flooring and carpets. His work ethic was exemplary and his employers consistently raved about him.

Unfortunately, in the brief period leading up to his incarceration, his actions reflected a totally different mindset. As a result of addiction to controlled substances, his thinking process was skewed, allowing him to make less than desirable decisions.

Any consideration in this matter would be greatly appreciated.

Thank you.

Adrian McCloskey.

1

Father of Matthew McCloskey.

Retired 20 year veteran NYC Police officer.

This e-mail and any attachment(s) are confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. This e-mail may contain confidential and/or privileged information. Interception of this e-mail is unlawful and access by persons to whom the e-mail is not addressed is unauthorized. If you are not the intended recipient, any unauthorized review, use, distribution, disclosure, or reproduction of the contents of this e-mail may subject you to both criminal and civil penalties. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY RETURN E-MAIL AND DELETE THE FILE AND/OR MESSAGE FROM YOUR SYSTEM.

Matt Monroe

**From:** Llinda Mccloskey <lindamc2188@yahoo.com>
**Sent:** Monday, April 15, 2024 5:12 PM
**To:** Matt Monroe
**Subject:** Mccloskey 2

To whom it my concern,
I'm just going to tell you a little bit about my son ,Matthew was born in Brooklyn New York in 1989. When he went to get the kindergarten. He had separation anxiety on his first day of school and had to see a psychiatrist. I had to stay with him every day for a month until he got used to being away from me. He started to do very well in school at a young age. He also played sports, he was a great hockey player. His father coached him for many years when we lived in Brooklyn. We moved to Long Island when he was around 12. He had some anger issues we tried getting him some help. He went to a few psychiatrists never formally, diagnosed with anything, gave him some medication, for a short period of time. Dropped out of high school. Got a job did very well. Learn to install carpets and floors did very well for a few years. He started to self medicate for anxiety, depression, and anger issues,smoking marijuana, then doing drugs. Got him in a few drug rehabs for short periods of time could never find him long-term care. Continued working on and off installing carpets,got arrested a few times drug related crimes. Went to jail did some time for drugs got some treatment. While in prison, he was put on medication for mental illness. It seemed to help him a lot. he was always a very hard worker always had a job. His mental illness and drug problem always got in the way. He never was diagnosed, but I'm sure it's bipolar. He also was put on Suboxone for his drug problem. He's always had issues, but could never get the proper help he needed. This last time he got out of prison, he lived in Brooklyn with my mother, his grandmother he found a job was going for drug treatment and counseling All they did was prescribe drugs that I don't think really help at the time. He met this girl (Nellie) while he was prison, her brother introduce them by phone. They started to talk on the phone every day when he got out she came to Brooklyn and stayed with him at my mothers house for a few months. she went back to Georgia, and he went with her. Not sure where he was living when he was there.but they were together .Matthew needs some kind of rehabilitation. His whole life his father and myself tried to get him the proper help, But he was never properly diagnosed.

Thank you.
Matthew, McCloskey mother, Linda Mccloskey

This e-mail and any attachment(s) are confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. This e-mail may contain confidential and/or privileged information. Interception of this e-mail is unlawful and access by persons to whom the e-mail is not addressed is unauthorized. If you are not the intended recipient, any unauthorized review, use, distribution, disclosure, or reproduction of the contents of this e-mail may subject you to both criminal and civil penalties. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY RETURN E-MAIL AND DELETE THE FILE AND/OR MESSAGE FROM YOUR SYSTEM.

## Matt Monroe

**From:** Llinda Mccloskey <lindamc2188@yahoo.com>
**Sent:** Monday, April 15, 2024 5:13 PM
**To:** Matt Monroe
**Subject:** Mccloskey 3

Matthew is a well rounded human being who has had his own share of hardships— some through circumstances outside of his control, some based on substance addicted decision making. I have found that historically, men and women who have dealt with and overcome their struggles have had the potential to be great leaders and productive members of society. To overcome, sometimes we must forgive not only others, but ourselves.

I would like to conclude this letter with a verse from the Bible which I find relevant in regard to Matthew's current circumstance...

"For if ye forgive men their trespasses, your heavenly

Father will also forgive you: But if ye forgive not men their

trespasses, neither will your Father forgive your trespasses." -Matthew 6:14-15

It would mean the world to myself and to my family to not have him miss any more time with his family loved ones as we all have experienced so much loss during the time he has been away.

Again, thank you.

Luke McCloskey - Brother of Matthew McCloskey.

This e-mail and any attachment(s) are confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. This e-mail may contain confidential and/or privileged information. Interception of this e-mail is unlawful and access by persons to whom the e-mail is not addressed is unauthorized. If you are not the intended recipient, any unauthorized review, use, distribution, disclosure, or reproduction of the contents of this e-mail may subject you to both criminal and civil penalties. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY RETURN E-MAIL AND DELETE THE FILE AND/OR MESSAGE FROM YOUR SYSTEM.